IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| ZACHARY LEWIS GRAESSLE,<br><br>    Plaintiff,<br><br>    v.<br><br>E, NEAL JUMP, KEITH HIGGINS, G. FERRA, and GLYNN COUNTY, GEORGIA,<br><br>    Defendants. | CIVIL ACTION NO.: 2:24-cv-118 |

**O R D E R**

Plaintiff filed a Motion for Copies and asks for copies in his civil action number and this Court's Local Rules. Doc. 11. Plaintiff states he was informed he had to pay $0.50 a page for his requested copies, though this cost should be covered through his pauper status. Id. The Court **DENIES** Plaintiff's Motion. Even though he was permitted to proceed on an *in forma pauperis* basis, Plaintiff still must pre-pay the Clerk of Court for any copies he wishes to obtain, at a cost of $0.50 a page. See 28 U.S.C. § 1914 (fee schedule). The Court **DIRECTS** the Clerk of Court to provide a courtesy copy of the docket sheet of this with this Order, but Plaintiff must pre-pay for any additional documents he wishes to obtain.

**SO ORDERED**, this 6th day of January, 2025.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA